# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS L. LINTHECOME,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALFARO, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-00872-SKO (PC)<br><br>**ORDER ON PLAINTIFF'S "REQUEST TO SUBMIT AND FILE *IN FORMA PAUPERIS* WITH DECLARATION"**<br><br>**(Docs. 20, 22)**<br><br>**FOURTEEN (14) DAY DEADLINE** |

　　　　Plaintiff, Marcus L. Linthecome, filed a this civil rights action pursuant to 42 U.S.C. § 1983 in the United States District Court in the Northern District of California on April 12, 2017. On May 24, 2017, Plaintiff filed an application to proceed *in forma pauperis* under 28 U.S.C. § 1915 (Doc. 10), as well as his consent to magistrate judge jurisdiction (Doc. 11). On June 30, 2017, the case was transferred to this Court since the Complaint describes events that occurred at North Kern State Prison ("NKSP") in Kern County, where the named defendants are located. (Doc. 14.) Since Plaintiff has three strikes under § 1915 and his allegations fail to show imminent danger of serious physical injury at the time he filed the suit, his application to proceed *in forma pauperis* was denied and the full filing fee of $400 is currently due on or before August 14, 2017. (Doc. 17.)

　　　　On July 31, 2017, a petition for writ of habeas corpus and a "request to submit and file *in forma pauperis* with declaration" from Plaintiff were received and lodged along with a request to amend Plaintiff's pleadings with a habeas corpus petition. (Docs. 20, 21, 22.) It appears from these filings that Plaintiff may wish to convert this from a civil rights action under 42 U.S.C. §

1

1983 to a habeas action under 28 U.S.C. § 2254. The filing fees for these actions differ significantly which constitutes good cause to extend the due date for the payment of Plaintiff's filing fee. This extension will allow Plaintiff to determine the type of action under which he wishes to proceed.

Accordingly, the Court **HEREBY ORDERS** that:

1. The Clerk's Office is directed to file Plaintiff's "request to submit and file *in forma pauperis* with declaration" which was lodged on July 31, 2017, (Doc. 22);

2. **Within fourteen (14) days** of the date of service of this order, Plaintiff shall either:

   a. pay in full the $400.00 filing fee for this action; or

   b. file a statement indicating that he wishes this action to be re-designated as a petition for writ of habeas corpus under 28 U.S.C. § 2254; and

3. **Plaintiff's failure to comply with this order shall result in the dismissal of this action without prejudice.**

IT IS SO ORDERED.

Dated: __**August 10, 2017**__                    /s/ *Sheila K. Oberto*
                                                             UNITED STATES MAGISTRATE JUDGE