# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS L. LINTHECOME,<br><br>Plaintiff,<br><br>v.<br><br>ALFARO, et al.,<br><br>Defendants. | Case No. 1:17-cv-00872-SKO (PC)<br><br>**ORDER DIRECTING CLERK'S OFFICE TO RE-DESIGNATE ACTION FROM 550 (CONDITIONS OF CONFINEMENT) TO 530 (HABEAS CORPUS) AND VACATING FIRST INFORMATIONAL ORDER**<br><br>**(Docs. 1, 16, 25)** |

Proceeding *pro se*, Plaintiff, Marcus L. Linthecome, filed a civil action on April 12, 2017. (Doc. 1.) Plaintiff has informed the Court that he desires to pursue this action as a writ for habeas corpus, and not based on conditions of confinement under 42 U.S.C. § 1983.

Accordingly, the Court HEREBY ORDERS as follows:

1. The Clerk of the Court shall re-designate this action from 550 (conditions of confinement) to 530 (habeas corpus);

2. The First Informational Order, filed on July 5, 2017, (Doc. 16), is VACATED; and

3. The Clerk of the Court is directed to send Plaintiff a habeas petition form.

IT IS SO ORDERED.

Dated: __**August 30, 2017**__        /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE

1