JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS L. LINTHECOME, | Case No. CV 17-7850-JGB (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| SHERIFF JOHN MCMAHON, SAN BERNARDINO SHERIFF, | |
| Respondents. | |

In conformance with the Order issued this day, the Petition is hereby dismissed without prejudice.

DATED: February 9, 2018

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE